35 A.3d 3

John JARMON, Petitioner

v.

COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY, Respondent.

No. 108 EM 2011.

Supreme Court of Pennsylvania.

Jan. 9, 2012.

## ORDER

PER CURIAM.

AND NOW, this 9th day of January, 2012, the Application for Leave to File Original Process is **GRANTED**. The Petition for Writ of Mandamus and/or Extraordinary Relief is **DENIED** to the extent that it requests an exercise of our extraordinary jurisdiction, and **GRANTED** to the extent that it requests mandamus relief. The Court of Common Pleas of Philadelphia County is directed to dispose of Petitioner's pending petition for writ of *habeas corpus* within 60 days of this order.

35 A.3d 4

Noel GARCIA, Petitioner

v.

DEPARTMENT OF CORRECTIONS, Respondent.

No. 115 EM 2011.

Supreme Court of Pennsylvania.

Jan. 9, 2012.

## ORDER

PER CURIAM.

AND NOW, this 9th day of January, 2012, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* and the Application for Relief are **DENIED**.